# EXHIBITS for

# MOMA v CLETUS GAZA et al.

1. EXHIBIT 1, Bill of Lading

2. EXHIBIT 1, page 2, Cargo Manifest

3. Exhibit 2, Additional Demurrage & Late Charges

4. Exhibit 3, Joint Cargo Survey Report

5. Exhibit 5, Payments to Cletus Gaza.

6. Exhibit 6, Receipt for delivery of Notice.



# AYALEX GROUP

6715 BACKLICK ROAD SUITE 202
SPRINGFIELD, VA, 22150, UNITED STATES
FMC#:023657N
FMC-Licensed NVOCC OTI#023657N
TEL: 7034957078 FAX: 5715261705
DIRECT: www.ayalexgroup.com
EMAIL: shipping@ayalexgroup.com
Prepared by Sandrine Elodie 02-09-2024 09:47 (EST)

**INVOICE**

**BILL TO**
CLETUS GAZA
8836 BLVD JESSUP UNIT101
WASHINGTON, MD 20794, UNITED STATES
TEL: +1 443 231 8127

**SHIP TO**

| INVOICE NO. : IN-02035 | |
|---|---|
| INVOICE DATE | 09-17-2023 |
| CREDIT TERM | COD |
| DUE DATE | 09-17-2023 |
| OUR FILE NO. | OE-23090014 |
| REF. / P.O. NO. | |

| | | | | |
|---|---|---|---|---|
| MASTER B/L NO. : | 231334832 | | HOUSE B/L NO. : | 231334832 |
| POR / ETD : | | | VESSEL NO. : | MSC CANDICE 339E |
| POL / ETD : | BALTIMORE, MD (UNITED STATES) / 10-28-2023 | | NO. OF PKGS : | 1 CONTAINER |
| POD / ETA : | DOUALA (CAMEROON) / 11-13-2023 | | KGS / LBS (G) : | 7,500.00 KGS / 16,534.67 LBS |
| SHIPPER : | DIVINE NDOH MOMA | | CBM / CFT : | |
| CONSIGNEE : | DIVINE NDOH MOMA | | INCOTERMS : | |
| DEL / ETA : | | | CARRIER BKG. NO. : | 231334832 |
| F.DEST. / ETA : | DOUALA (CAMEROON) / 11-13-2023 | | CNTR. COUNT : | 40HC X 1 |
| NOTIFY : | SAME AS CONSIGNEE | | CNTR. NO. : | MRSU3333038 |
| COMMODITY : | *** See Attachment *** | | | |

| DESCRIPTION OF CHARGES UNIT | UNIT | RATE | QTY | AMOUNT |
|---|---|---|---|---|
| OCEAN FREIGHT CHARGE | - | 3,300.00 | 1.00 | 3,300.00 |
| AMENDMENT FEE | - | 570.00 | 1.00 | 570.00 |
| DEMURRAGE | - | 1,320.00 | 1.00 | 1,320.00 |
| ROLL FEE | - | 325.00 | 1.00 | 325.00 |
| ADMIN POL FEE | - | 75.00 | 1.00 | 75.00 |
| PAC FEE | - | 126.00 | 1.00 | 126.00 |
| LATE PAYMENT FEE | - | 200.00 | 1.00 | 200.00 |

| | | |
|---|---|---|
| **TOTAL DUE** | | 5,916.00 |
| **PAID AMOUNT** | | 0.00 |
| **PLEASE PAY THIS AMOUNT** | **USD** | **5,916.00** |

| REMARK | MEMO |
|---|---|
| PAYMENT INFORMATION***
1-USE THE LINK BELOW TO MAKE ACH PAYMENT DIRECTLY FROM YOUR BANK ACCOUNT:
https://ww2.payerexpress.com/ebp/ayalexgroup
2- PNC BANK
*(NO CASH DEPOSIT $500 PENALTY)*
ACCOUNT OWNER: AYALEX
ACCOUNT NUMBER: 5534716903
ROUTING NUMBER: 054000030
ZELLE: SHIPPING@AYALEXGROUP.COM
CASH UP: $AYALEX | |

**INVOICE**  Invoice NO IN-02035

| COMMODITY |
| --- |
| 1 LOT OF PERSONAL EFFECTS<br>2015 HYUNDAI SANTA FE VIN:5XYZTDLB0FG269556<br>2007 MITSUBISHI OUTLAND VIN:JA4MT41X57Z009255<br>1995 TOYOTA TACOMA VIN:4TAVN73F6SZ070550 |





| REPUBLIQUE DU CAMEROUN | REPUBLIC OF CAMEROON |
|---|---|
| Paix - Travail - Patrie | Peace - Work - Fatherland |
| PORT AUTONOME DE DOUALA | PORT AUTHORITY OF DOUALA |
| REGIE DU TERMINAL A CONTENEURS | CONTAINER TERMINAL MANAGEMENT |



## PRESTATIONS TERRE IMPORT - BL 231334832
### DRAFT N° 566978 du 15/02/2024

Date d'impression : 15/02/2024 11:52

### INFORMATIONS CONNAISSEMENT

- Numéro : **231334832**
- Escale : **KMAR350S**
- Navire : **KMARIN ATLANTICA**
- Voyage : **350S**
- Ligne propriétaire : **MSK**
- Date d'arrivée du navire : **19/01/2024 13:37**
- Port de Chargement : **MAPTM**
- Importateur :
- Nombre de Conteneurs : **1**
- Date de Fin de Franchise :

### INFORMATIONS CLIENT

- Raison Sociale : **SOCIETE PHARMACEUTIQUE DE (PARTICIPATION.**
- Pour Compte :
- Pays : **CM**    Adresse : **NDOGBONG**
- Compte Client : **CL201498**    Code Client : **M041612584769F**
- N° contribuable : **M041612584769F**
- N° RCCM : **RC/DLA/2014/B/3038**

### INFORMATIONS SUPPLEMENTAIRES

- Date d'enlèvement : **15/02/2024**
- En transit : **NON (CMR)**

| Description | Qte | P.U. | Montant HT | TVA (19,25%) | Montant TTC |
|---|---|---|---|---|---|
| Stationnement quote-part PAD 40' plein import [J21 - J40] | 1 | 2 400,00 | 2 400,00 | 462,00 | 2 862,00 |
| Stationnement quote-part RTC 40' plein import [J21 - J40] | 1 | 2 400,00 | 2 400,00 | 462,00 | 2 862,00 |
|  |  | **TOTAL** | 4 800,00 | 924,00 | **5 724,00** |

*Montant en CFA*

Liste des conteneurs :
MRSU3333038(4510/5t).

Noms et prénoms :

REPUBLIQUE DU CAMEROUN
Paix - Travail - Patrie
--------
PORT AUTONOME DE DOUALA
--------
REGIE DU TERMINAL A CONTENEURS
--------



REPUBLIC OF CAMEROON
Peace - Work - Fatherland
--------
PORT AUTHORITY OF DOUALA
--------
CONTAINER TERMINAL MANAGEMENT
--------

## PRESTATIONS TERRE IMPORT - BL 231334832
DRAFT N° 565523 du 13/02/2024

Date d'impression : 13/02/2024 11:07

### INFORMATIONS CONNAISSEMENT
- Numéro : **231334832**
- Escale : **KMAR350S**
- Navire : **KMARIN ATLANTICA**
- Voyage : **350S**
- Ligne propriétaire : **MSK**
- Date d'arrivée du navire : **19/01/2024 13:37**
- Port de Chargement : **MAPTM**
- Importateur :
- Nombre de Conteneurs : **1**
- Date de Fin de Franchise :

### INFORMATIONS CLIENT
- Raison Sociale : **SOCIETE PHARMACEUTIQUE DE (PARTICIPATION.**
- Pour Compte :
- Pays : **CM**    Adresse : **NDOGBONG**
- Compte Client : **CL201498**    Code Client : **M041612584769F**
- N° contribuable : **M041612584769F**
- N° RCCM : **RC/DLA/2014/B/3038**

### INFORMATIONS SUPPLEMENTAIRES
- Date d'enlèvement : **14/02/2024**
- En transit : **NON (CMR)**

| Description | Qte | P.U. | Montant HT | TVA (19,25%) | Montant TTC |
|---|---|---|---|---|---|
| Stationnement quote-part PAD 40' plein import [J12 - J20] | 9 | 600,00 | 5 400,00 | 1 039,50 | 6 439,50 |
| Stationnement quote-part PAD 40' plein import [J21 - J40] | 1 | 2 400,00 | 2 400,00 | 462,00 | 2 862,00 |
| Stationnement quote-part RTC 40' plein import [J12 - J13] | 2 | 600,00 | 1 200,00 | 231,00 | 1 431,00 |
| Encombrement 40' (plus de 15 jours) | 1 | 200 000,00 | 200 000,00 | 38 500,00 | 238 500,00 |
| Stationnement quote-part RTC 40' plein import [J14 - J20] | 7 | 600,00 | 4 200,00 | 808,50 | 5 008,50 |
| Stationnement quote-part RTC 40' plein import [J21 - J40] | 1 | 2 400,00 | 2 400,00 | 462,00 | 2 862,00 |
| | | **TOTAL** | 215 600,00 | 41 503,00 | **257 103,00** |

*Montant en CFA*

Liste des conteneurs :
MRSU3333038(4510/5t),

Noms et prénoms : _____

N°......./Rept/MBE

## PROCES-VERBAL DE CONSTAT

L'an deux mille vingt quatre
Et le vingt-un février à huit heures trente minutes

A la requête de Monsieur **MOMA Devine NDOH,** Commerçant demeurant à Douala, quartier Makepe Tél. : 683 23 29 17 lequel fait élection de domicile en sa propre demeure ;

### LEQUEL M'A PREALABLEMENT EXPOSE :

Que suivant respectivement les termes des attestations de dédouanement délivrées le 30/01/2024 par la **Direction Générale des Douanes**, ensemble la pièce d'identification de la **SGS Cameroun S.A** d'un montant de **FCFA 5.114.644 (Cinq millions cent quatorze mille six cent quarante-quatre)** établie le 17/01/2024, enregistrée sous le numéro **649661**, il a régulièrement importé un contenaire de 40 pieds **N°MRSU3333038** contenant les marchandises notamment les appareils, les objets de valeur ainsi que deux (02) véhicules et autres effets divers tous destinés à vendre en provenance des Etats-Unis précisément au Port d'embarquement de BALTIMORE ;

Qu'après les formalités d'usages remplies vis-à-vis des services compétentes de Douala, son contenaire est enfin arrivé au quartier Bonabéri lieu-dit Brocante Ndobo où se trouve sa boutique ;

Qu'il a le sentiment que ses marchandises ne sont pas arrivées en bon état dans ce contenaire ;

Que ce jour, il veut décharger ses marchandises et sollicite mon ministère sur les lieux pendant les opérations de dépotage du contenaire à l'effet de procéder aux constatations d'usages et d'en consigner dans un procès-verbal régulier ;

### DEFERANT A CETTE REQUISITION :

Je, Maître **OWONA née Suzanne EDIMO**, Huissier de Justice à la 23ème charge près la Cour d'Appel du Littoral et les tribunaux de Douala, BP 15 592 Douala, Tél. : 658 780 995, email : suzanneowona@yahoo.fr, y demeurant, domiciliée et soussignée ;

Me suis à l'instant même en compagnie constante de mon requérant transporté sur les lieux, où étant, ai constaté et relevé ce qui suit :

## CONSTATATIONS

Le contenaire N°MRSU3333038 dont s'agit se trouve entreposé au quartier Bonabéri lieu-dit Brocante-Ndobo à la pénétrante Ouest de la ville de Douala dans le 4ème Arrondissement ;

Y étant et avec la collaboration franche de mon requérant assisté d'une dizaine de manutentionnaires ledit contenaire a été ouvert en ma présence et celle d'un agent de la douane après que les scellés soit brisées ;

A l'intérieur, règne un désordre total et quelques dégâts matériaux ont été enregistrés tels que la pare-brise d'un véhicule cassé et pratiquement hors usage, trois (03) futs contenant un lot de bouteilles des huiles de beauté cassées, un tour à gaz contenant un lot de cartons de montre vide, un sac de téléphones portable à moitié rempli et quelques accessoires des appareils électroniques endommagés.

En tout cas, le requérant me rapporte que les pertes sont énormes et non encore évaluées ;

Pour immortaliser les images, j'ai pu faire des prises de vues à l'aide de mon appareil photo.

Plus rien n'étant requis, ni ne restant à constater, à inventorier ou à consigner, j'ai de tout quoi dressé le présent procès-verbal de constat pour lequel j'ai vaqué jusqu'à quatorze heures douze minutes pour servir et valoir ce que de droit et dont le coût est de :

Employé pour copie une feuille de la dimension du timbre à 1.500FCFA somme incluse dans le coût de l'acte.

Enregis. _____
Timbre _____
Vérification _____
Original _____
Copies _____
Papier _____
Copie Minutes _____
Transport _____
Droit Gradué _____
Debours _____
DIL _____
MO _____
TVA _____
TOTAL _____

Seal: Bailiff, Office of Maître OWONA maiden name Suzanne EDIMO, P. O. Box 15592 Douala

No. ___ /Rept/MBE                                                                                    COPY

## AFFIDAVIT MADE BY COURT BAILIFF

On this twenty-second day of February two thousand twenty four at nine thirty AM

At the request of Mr. MOMA Devine NDOH, Merchant, residing in Douala, Makepe district, Tel.: 683 23 29 17, who elected domicile at his address

## WHO REPRESENTED TO ME:

That according to the terns of customs declarations delivered on 01/30/2024 by the General Customs Department and the SGS Cameroun S.A. identification document in the amount of 5,114,644 FCFA (five million one hundred fourteen thousand six hundred forty four) established on 01/17/2024, registered under the number 649661, a 40-foot container no. MRSU3333038 was duly imported. It contained merchandise, and namely equipment, valuable objects, two (02) vehicles and other miscellaneous items, all intended for sale, originating from the United States, and specifically the embarkation port of BALTIMORE;

Thank after completion of the regular formalities with the services in charge in Douala, the container finally arrived at the Bonaberi district, Brocante Ndobo location, where his shop is located;

That he considered that the merchandise did not arrive in good order in the container;

That he unloaded the merchandise today and requested my representative to be present at the site during the container unloading operations to proceed with the usual findings and prepare a report;

## IN ACCORDANCE WITH THIS REQUEST:

I, Maître OWONA maiden name Suzanne EDIMO, Bailiff at the 23rd district at the Court of Appeals of Littoral and the courts of Douala, P. O. Box 15592 Douala, Tel.: 658 780 995, email: suzanneowona@yahoo.fr, residing, domiciled and signing there,

Visited the premises in company of the requesting person, and noted and reported as follows:

## FINDINGS

The container no. MRSU3333038 in question is stored in the Bonaberi district, Brocante Ndobo location at the Western Expressway of the city of Douala in the fourth arrondissement.

I went there assisted by the requesting person and a dozen of maintenance employees. The container was opened in my presence and in presence of a customs officer after the seals were broken,

Inside there was complete chaos. Some waste was noted, such as a vehicle bumper, broken and practically useless, three (03) battels containing a batch of broken bottles of cosmetic oils, a gas tower containing a batch of empty watch boxes, a box of portable telephones, filled in half, and some damaged electronic equipment accessories.

In any case, the requesting person told me that the losses are enormous and have not been evaluated yet.

I took a few photographs with my camera to document the damage.

Since there were no other requests and nothing else to note, inventory or deliver, I prepared this affidavit of court bailiff, for which I spent until fourteen hours twelve minutes, to be used for all legal intents and purposes. The cost of the report is twenty five thousand francs.

A 1,5000 FCFA stamp size page was used to make a copy. This amount is included in the cost of the act.

[illegible stamp]

[illegible list of items]

1000

2000

1000

1000

300

250

630

16060

TOTAL: 25,000



**United Language Group**
1550 Utica Avenue
Suite 420
Minneapolis, MN 55416
+1 855-7UNITED
legaltranslations@ulgroup.com

## Certificate of Accuracy

This is to certify that the attached:

- **Proces-Verbal-de-Constat_EN**

originally written in the French language is, to the best of my knowledge and belief, a true, accurate and complete translation into the English language.

Dated: November 14, 2024

*Anna Machnowska*

Anna Machnowska
Project Manager, Legal Translations
United Language Group











Case 1:24-cv-03381-ELH   Document 1-1   Filed 11/23/24   Page 15 of 17

EXHIBIT 5

```
From:  "Solomon Egbe" <Segbe2023@outlook.com>
To:    "Solomon Egbe" <segbe@lawyer.com>
Date:  May 8, 2024 10:52:36 AM
```

9:36

🔒 app.paycargo.com

## PayCargo

# Welcome to Ship & Pay

PayCargo's platform for simple one-time payments.

### 4. Confirmation

## Payment Successful!

# $3,123.63

| | |
|---|---|
| Transaction Amount: | $3,000.00 |
| Fees: | $123.63 |
| Transaction No: | MRSU3333038 |
| Vendor: | East Coast Warehouse (Baltimo... |
| Payment Method: | Credit Card |

Sent from my iPhone

**Attachments**
- PHOTO-2024-05-06-14-37-00.jpg

# USPS Tracking®

EXHIBIT 6

FAQs >

Remove ✕

**Tracking Number:**

**70201290000078365309**

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 2:34 pm on May 13, 2024 in JESSUP, MD 20794.

## Get More Out of USPS Tracking:

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**
JESSUP, MD 20794
May 13, 2024, 2:34 pm

### Out for Delivery
JESSUP, MD 20794
May 13, 2024, 9:55 am

### Arrived at Post Office
JESSUP, MD 20794
May 13, 2024, 9:44 am

### Departed USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER
May 13, 2024, 6:30 am

### Arrived at USPS Regional Facility
SOUTHERN MD DISTRIBUTION CENTER

May 12, 2024, 10:39 am

**In Transit to Next Facility**
May 11, 2024

**Arrived at USPS Regional Facility**
BALTIMORE MD DISTRIBUTION CENTER
May 9, 2024, 8:18 pm

**Departed Post Office**
WOODSTOCK, MD 21163
May 9, 2024, 5:02 pm

**USPS in possession of item**
WOODSTOCK, MD 21163
May 9, 2024, 12:24 pm

**Hide Tracking History**

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

**Text & Email Updates** ⌄

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs